# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| TIM MOORE, | ) Case No. 2:18-cv-02919-WBS-KJN |
| Plaintiff, | ) ORDER GRANTING MOORE FREIGHT |
| vs. | ) BROKERS, INC. dba MOORE |
| | ) TRANSPORTATION SERVICES' |
| ANG TRANSPORT INC., TUFF MACHINERY LLC, MOORE FREIGHT BROKERS INC. doing business as Moore Transportation Services, and DOES 1 through 10, inclusive, | ) REQUEST TO APPEAR BY TELEPHONE ) AT MOTION HEARING |
| | ) TIME: 1:30 p.m. |
| | ) DATE: July 1, 2019 |
| | ) CRTRM.: 5 |
| | ) FILING DATE: November 6, 2018 |
| Defendants. | ) TRIAL DATE: Pending. |

G:\docs\shu\dshu2\inBOX\Signed\18cv2919 Moore - Order Re Deft Moore Freight's Req to Appr by phone at July 1 Motn Hrng.docx

[PROPOSED] ORDER

The request to appear by telephone at motion hearing of defendant Moore Freight Brokers, Inc. dba Moore Transportation Services ("MTS") came on for consideration by the Court. The Court, having considered MTS's request and having found that good cause exists, orders:

1. MTS's counsel may appear by telephone at the motion hearing of July 1, 2019 at 1:30 p.m.;
2. On that date, counsel shall be available to the Court on his direct line, (310) 448-2996;
3. The courtroom deputy shall email counsel with instructions on how to participate in the telephone conference call; and
4. Counsel shall follow those instructions.

IT IS SO ORDERED.

Dated: June 18, 2019

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Submitted on June 18, 2019 by:

ROBERTS & KEHAGIARAS LLP

s/Andrew D. Kehagiaras
_____

Attorneys for defendant
MOORE FREIGHT BROKERS, INC.
dba MOORE TRANSPORTATION SERVICES

---

1