Susan E. Kirkgaard, SBN 134915
LAW OFFICES OF JOHN A. BIARD
P.O. Box 64093
St. Paul, Minnesota 55164-0093
Telephone:   916-638-6610
Direct:   916-638-6579
Facsimile:   855-631-5920
EMAIL:  skirkgaa@travelers.com

Attorneys for Intervenor
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION**

| | |
|---|---|
| TIM MOORE,<br><br>      Plaintiff,<br><br>vs.<br><br>ANG TRANSPORT, INC., TUFF MACHINERY, LLC, MOORE FREIGHT BROKERS, INC., doing business as Moore Transportation Services, and DOES 1 through 10, Inclusive,<br><br>      Defendants.<br><br>TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,<br><br>      Intervenor,<br><br>vs.<br><br>ANG TRANSPORT, INC., and ROES 1 through 10, Inclusive,<br><br>      Defendants-In-Intervention. | Case No.: 2:18-cv-02919-WBS-KJN<br><br>**ORDER APPROVING REQUEST TO APPEAR AT MOTION TO DISMISS HEARING TELEPHONICALLY**<br><br>**Motion Hearing:  July 1, 2019**<br>**Time:  1:30 p.m.**<br>**Location:  501 I Street**<br>**Courtroom 5, 14th Floor**<br>**Sacramento, CA 95814** |

/ / /

/ / /

- 1 -

ORDER APPROVING REQUEST TO APPEAR AT CASE MANAGEMENT CONFERENCE TELEPHONICALLY

The Court having reviewed Intervenor Counsel's Request to Appear Telephonically, in the above-entitled matter, and good cause appearing, hereby order as follows:

1. The Request to Appear at the July 1, 2019 Motion to Dismiss hearing Telephonically filed by Susan E. Kirkgaard is approved.

2. The courtroom deputy shall email counsel with instructions on how to participate in the telephone conference call.

Dated: July 1, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE