# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| TIM MOORE,<br><br>      Plaintiff,<br><br>  vs.<br><br>ANG TRANSPORT INC., TUFF MACHINERY LLC, MOORE FREIGHT BROKERS INC. doing business as Moore Transportation Services, and DOES 1 through 10, inclusive,<br><br>      Defendants. | **Case No. 2:18-cv-02919-WBS-KJN**<br><br>**ORDER ON STIPULATION RE: DISMISSAL WITH PREJUDICE OF DEFENDANT MOORE FREIGHT BROKERS, INC. dba MOORE TRANSPORTATION SERVICES**<br><br>[Fed. R. Civ. P. 41(a)(2)] |

The stipulation of Tim Moore and defendant Moore Freight Brokers, Inc. dba Moore Transportation Services ("MTS") came on for consideration by the Honorable William B. Shubb. The Court, having considered the parties' stipulation under Federal Rule of Civil Procedure 41(a)(2), hereby dismisses MTS from the complaint with prejudice, with each party to bear its costs and fees.

IT IS SO ORDERED.

Dated: July 18, 2019

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Submitted on July xx, 2019 by:

ROBERTS & KEHAGIARAS LLP

s/Andrew D. Kehagiaras

Attorneys for defendant
MOORE FREIGHT BROKERS, INC.
dba MOORE TRANSPORTATION SERVICES