UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| TIM MOORE,<br><br>        Plaintiff,<br><br>   v.<br><br>ANG TRANSPORT INC., MOORE FREIGHT BROKERS INC., TUFF MACHINERY LLC,,<br><br>        Defendants. | NO. 2:18-cv-02919 WBS KJN |

----oo0oo----

Pursuant to the parties' statements in their Joint Status Report (Docket No. 44) that they are "amenable to utilizing the District's Voluntary Dispute Resolution Program" and that they "believe[] VDRP is appropriate for this matter", the court has determined that this case is appropriate for an early settlement conference and will refer the action to the court's Voluntary Dispute Resolution Program ("VDRP").

IT IS THEREFORE ORDERED that:

1. Within fourteen (14) days of this Order, the

1

parties shall contact the court's VDRP administrator, Sujean Park, at (916) 930-4278 or SPark@caed.uscourts.gov, to start the process of selecting an appropriate neutral.  The parties shall carefully review and comply with Local Rule 271, which outlines the specifications and requirements of the VDRP.

       2.   To avoid the unnecessary expenditure of costs and attorneys' fees, this action is hereby stayed to provide the parties time to complete the VDRP session.  No later than five (5) days after completion of the VDRP session, the parties shall file a joint statement indicating whether a settlement was reached.

       3.   The parties shall complete the VDRP session no later than October 11, 2019.  The court hereby resets the Status (Pretrial Scheduling) Conference for November 12, 2019.  If a settlement is not reached through VDRP, the parties shall submit an Amended Joint Status Report no later than October 28, 2019.

IT IS SO ORDERED.

Dated: August 7, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE